IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARMANDO PAGAN, et al. | : | CIVIL ACTION |
| *A Minor, by his parents and natural* | : | |
| *Guardians, Miguel Camacho and* | : | No. 11-5178 |
| *Natasha Ortega* | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

**<u>ORDER</u>**

AND NOW, this 31st day of May, 2012, it is ORDERED the Motions to Dismiss of Defendants City of Philadelphia and Commissioner Charles Ramsey (Document 3) and Defendants School District of Philadelphia, Arlene C. Ackerman, and Newton Brown, III (Document 6) are GRANTED in part as follows:

- Count I of Plaintiffs' Complaint is DISMISSED without prejudice;

- Counts II and III of the Complaint are DISMISSED as withdrawn;

- Plaintiffs shall have until June 22, 2012, to file an amended complaint addressing the deficiencies identified in the accompanying Memorandum or to notify this Court of their intention to stand on their original Complaint. If Plaintiffs do not respond within the time permitted, Count I will be dismissed with prejudice; and

- This Court reserves ruling on the motions to dismiss as to Counts V and VI of the Complaint, pending Plaintiffs' response to this Order.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.